1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER H. WHITE, | ) | 1:07-cv-00749-OWW-TAG HC |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER FOR RESPONDENT TO FILE RESPONSE TO PETITIONER'S MOTION FOR SANCTIONS WITHIN TEN DAYS (Doc. 13) |
| | ) | |
| DARRAL G. ADAMS, | ) | |
| | ) | |
| Respondent. | ) | |

## **DISCUSSION**

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.   On January 10, 2008, the Court ordered Respondent to file a response to the petition.  (Doc. 10).  In that same order, the Court established a briefing schedule in which Respondent could elect either to file a motion to dismiss within sixty days or an answer on the merits within ninety days.  (Id.).   The respective filing deadlines were March 13, 2008 for a motion to dismiss and April 14, 2008 for an answer.  The Court's electronic case management system indicates that Respondent was duly served with the Court's January 10, 2008 order.

On May 14, 2008, one month *after* the last deadline had expired, Petitioner filed his motion for sanctions, based on Respondent's failure to file either a motion to dismiss or an answer, or to request an extension of time to respond, or, indeed, to respond in any fashion to the Court's January 10, 2008 order.  (Doc. 13).  Respondent has not responded to Petitioner's motion for sanctions as of the date of this Order.

1

1

## **ORDER**

2      Accordingly, IT IS HEREBY ORDERED that Respondent SHALL FILE a Response to

3  Petitioner's Motion for Sanctions (Doc. 13), within ten days of the date of service of this order.

4

5  IT IS SO ORDERED.

6  Dated:   **May 23, 2008**                                    **/s/ Theresa A. Goldner**
                                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28