UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER W. WHITE, | ) | 1:07-cv-00749 OWW TAG HC |
| | ) | |
| Petitioner, | ) | ORDER DENYING MOTION FOR SANCTIONS |
| | ) | (Doc. 13) |
| vs. | ) | |
| | ) | ORDER GRANTING LEAVE TO FILE LATE ANSWER |
| DARRAL G. ADMAS, Warden, | ) | (Doc. 15) |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 10, 2008, the Court ordered Petitioner to file a response to the petition for writ of habeas corpus, i.e., to file a motion to dismiss within sixty days or an answer within ninety days. (Doc. 10). After these deadlines passed, Petitioner filed a motion for sanctions requesting that Respondent be sanctioned for failing to comply with the Court's order. (Doc. 13) On May 23, 2008, the Court issued an order directing Respondent to file a response to the motion for sanctions. (Doc. 14). On June 9, 2008, Respondent file a request for leave to file a late answer (Doc. 15), a response to the Court's order dated May 23, 2008, which the Court also construes as a response to Petitioner's motion (Doc. 16), and an answer to the petition for writ of habeas corpus. (Doc. 17).

///

1

  The Court has read and considered Petitioner's motion and Respondent's response, including the declaration of Respondent's counsel, and finds 1) that good cause exists to grant Respondent leave to file a late answer, and 2) that sanctions are not warranted.  Accordingly, the Court makes the following orders:

  1. Petitioner's motion for sanctions is DENIED (Doc. 13);

  2. Respondent's request for leave to file a late answer is GRANTED (Doc. 15);

  3. Respondent's answer to Petitioner's petition for writ of habeas corpus is deemed timely filed as of June 9, 2008, and this order is made nunc pro tunc to that date; and

  4. Petitioner shall have to and including the date which is 30 days from the date of service of this order, to file his traverse to Respondent's answer.

IT IS SO ORDERED.

Dated:  **June 17, 2008**            /s/ Theresa A. Goldner
                  UNITED STATES MAGISTRATE JUDGE