UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER H. WHITE,<br><br>        Petitioner,<br><br>  vs.<br><br>DARRAL G. ADAMS, Warden,<br><br>        Respondent.<br>_____/ | 1:07-cv-00749 OWW TAG  (HC)<br><br>ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(Doc. 19) |

On July 23, 2008, Petitioner filed a motion for an extension of time to file his traverse to Respondent's answer in this action. (Doc. 19). The Court has considered Petitioner's motion, finds that good cause exists to grant it in part, and makes the following order thereon:

Petitioner's motion for an extension of time to file a traverse is GRANTED IN PART AND DENIED IN PART, as follows:

1. Petitioner shall have to and including August 21, 2008, to file a traverse; and

2. Petitioner's request for an extension of time beyond August 21, 2008, is denied.

IT IS SO ORDERED.

Dated:  **July 23, 2008**                                                 **/s/ Theresa A. Goldner**
                                                                                              UNITED STATES MAGISTRATE JUDGE