IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER H. WHITE, | 1:07-cv-0749 OWW TAG (HC) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| DARRAL G. ADAMS, Warden, | (Doc. 21) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 25, 2008, petitioner filed a motion to extend the time to file a reply to respondent's answer.[1] (Doc. 21). This is Petitioner's second request for an extension of time to file a traverse. (Docs. 19, 21). Petitioner's motion asserts two grounds for a further extension of time. First, he suffered "recent work-related injuries." Second, there have been "continuous facility lock downs" at the prison where he is incarcerated, causing him to have less access to the prison library. (Doc. 21, p. 2).

As to Plaintiff's first ground, he does not explain what injuries he suffered, when he suffered them, or precisely how they affect his ability to file a traverse. As to Plaintiff's second ground, prison lockdowns and restricted library access are not unusual. While the Court is not entirely persuaded that Petitioner has established good cause for a continuance, it will grant him one last extension of time to file a traverse.

---

[1] A reply to an answer is a traverse. A traverse is not a mandatory pleading.

-1-

Accordingly, the Court makes the following orders:

1. Petitioner is granted thirty (30) days from the date of service of this order in which to file a traverse; and

2. No further extensions of time to file a traverse will be granted.

IT IS SO ORDERED.

Dated:  **September 12, 2008**                              /s/ Theresa A. Goldner
                                                                              UNITED STATES MAGISTRATE JUDGE